*Francis Martin* for petitioner. *Mr. Mark Ash* for respondents.

---

No. 884. JUDSON HARMON ET AL., RECEIVERS, ETC., PETITIONERS, *v.* LUCINDA BARBER, ADMINISTRATRIX. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Morison R. Waite* and *Mr. John Randolph Schindel* for petitioners. *Mr. C. B. Matthews* for respondent.

---

No. 888. ARMANIS F. KNOTTS, PETITIONER, *v.* CLARK CONSTRUCTION COMPANY. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. J. Whinery* for petitioner. *Mr. Joseph W. Moses, Mr. Hamilton Moses* and *Mr. Walter Bachrach* for respondent.

---

No. 889. JAMES ALLEN, PETITIONER, *v.* CHICAGO & ALTON RAILROAD COMPANY. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George C. Otto* for petitioner. *Mr. Silas H. Strawn* and *Mr. Edward W. Everett* for respondent.

---

No. 907. L. B. BEARD ET AL., PETITIONERS, *v.* HORACE L. PAYNE ET AL. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Nathan A. Gibson* and *Mr. Joseph L. Hull* for petitioners. *Mr. George S. Ramsey, Mr. Edgar A. deMeules, Mr. Malcolm E. Rosser, Mr. Villard Martin* and *Mr. J. Berry King* for respondents.